UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**CR420-045**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN PAUL JOSEPH KEEGAN )<br>)<br>SHARON ELIZABETH KEEGAN )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | INDICTMENT NO.<br><br>18 U.S.C. § 2251(a)<br>Production of Child Pornography<br><br>18 U.S.C. § 2251(b)<br>Production of Child Pornography by a Parent or Guardian<br><br>18 U.S.C. § 18 U.S.C. § 2252A(a)(2) and (b)<br>Distribution of Child Pornography<br><br>18 U.S.C. § 2252A(a)(2)<br>Receipt of Child Pornography<br><br>18 U.S.C. § 2252A(a)(5)(B)<br>Possession of Child Pornography |

*[FILED stamp: U.S. DISTRICT COURT, AUGUSTA DIV., 20 MAY 20 PM 3:22, CLERK, SO. DIST. OF GA.]*

<u>PENALTY CERTIFICATION</u>

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses described in the Indictment are as follows:

**Count 1:** Production of Child Pornography by a Parent or Guardian
18 U.S.C. § 2251(b)

- Not less than fifteen (15) years of imprisonment but not more than thirty (30) years of imprisonment
- not more than a $250,000 fine;
- not less than five (5) years of supervised release, but not more than life;
- forfeiture of forfeitable assets;
- $100 special assessment;
- an assessment of $5,000.00 per count under 18 U.S.C. §3014;
- an assessment, pursuant to 18 U.S.C. §2259A, per count;
- registration as a sex offender under the Sex Offender Registration and Notification Act; and

**Counts 2, 3, 6:**   **Production of Child Pornography**
18 U.S.C. § 2251(a)

- Not less than fifteen (15) years of imprisonment but not more than thirty (30) years of imprisonment
- not more than a $250,000 fine;
- not less than five (5) years of supervised release, but not more than life;
- forfeiture of forfeitable assets;
- $100 special assessment;
- an assessment of $5,000.00 per count under 18 U.S.C. §3014;
- an assessment, pursuant to 18 U.S.C. §2259A, per count;
- registration as a sex offender under the Sex Offender Registration and Notification Act; and
- mandatory restitution under 18 U.S.C. § 2259.

**Count 4:**   **Receipt of Child Pornography**
18 U.S.C. § 2252A(a)(2)

- Not less than five (5) years nor more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not less than five (5) years of supervised release, up to life
- $100 special assessment
- an assessment of $5,000.00 per count under 18 U.S.C. §3014;
- an assessment, pursuant to 18 U.S.C. §2259A, per count;
- registration as a sex offender under the Sex Offender Registration and Notification Act; and
- mandatory restitution under 18 U.S.C. § 2259.

**Counts 5, 8:**   **Possession of Child Pornography**
18 U.S.C. § 2252A(a)(5)(B)

- Not more than twenty (20) years of imprisonment;
- not more than a $250,000 fine;
- not less than five (5) years of supervised release, but not more than life;
- forfeiture of forfeitable assets;
- $100 special assessment;

- an assessment of $5,000.00 per count under 18 U.S.C. §3014;
- an assessment, pursuant to 18 U.S.C. §2259A, per count;
- registration as a sex offender under the Sex Offender Registration and Notification Act; and
- mandatory restitution under 18 U.S.C. § 2259.

**Count 7:** **Distribution of Child Pornography**
18 U.S.C. § 2252A(a)(2)

- Not less than five (5) years of imprisonment but not more than thirty (30) years of imprisonment
- Not more than a $250,000 fine
- Not less than five (5) years of supervised release, but not more than life
- $100 special assessment
- an assessment of $5,000.00 per count under 18 U.S.C. §3014;
- an assessment, pursuant to 18 U.S.C. §2259A, per count;
- registration as a sex offender under the Sex Offender Registration and Notification Act; and
- mandatory restitution under 18 U.S.C. § 2259.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ **Tara M. Lyons**
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573