UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| vs. | ) | Case No. 4:20cr045 |
| JOHN PAUL JOSEPH KEEGAN, | ) | |
| Defendant. | ) | |

## APPEARANCE AFFIDAVIT OF COUNSEL

Enter my appearance as Counsel for Defendant – JOHN PAUL JOSEPH KEEGAN.

I certify that I am a member of the Bar in the Southern District of Georgia.

I hereby acknowledge receipt of the Local Rules for this U.S. District Court and do further acknowledge the fact that I am familiar with said rules and that my conduct during the course of this case shall be in accordance with said rules, in default of which I may be held in contempt.

Respectfully submitted this, the 12th day of June, 2020.

/s/ Brian Joseph Huffman, Jr.
Brian Joseph Huffman, Jr. (Joe)
Georgia Bar No. 275918
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Respectfully submitted this, the 12th day of June, 2020.

/s/ Brian Joseph Huffman, Jr.
Brian Joseph Huffman, Jr. (Joe)
Georgia Bar No. 275918
*Attorney for Defendant*
THE HUFFMAN LAW FIRM, LLC
1211 Bull Street
Savannah, GA 31401
Phone  912.344.5241
Fax     912.330.1049
Email  joe@huffmanlaw.org
