UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO: 4:20-CR-045 |
| v. ) | |
| ) | |
| JOHN PAUL JOSEPH KEEGAN ) | |

## ORDER

This matter is before the Court on the United States of America's Motion for Reciprocal Discovery, Doc. 29, to which no objections were filed. After careful consideration, and for good cause shown, the Court **GRANTS** the Government's Motion.

The Court **ORDERS** that Defendant produce the requested materials as soon as practicable, but not later than fourteen days in advance of the trial of this matter.

**SO ORDERED**, this 27th day of January, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA