# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. CR: 420-045 |
| | ) | |
| v. | ) | |
| | ) | |
| **JOHN PAUL JOSEPH KEEGAN** | ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement will be provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*s/Tara M. Lyons*
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573
United States Attorney's Office
Southern District of Georgia

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 1st day of March, 2021.

> BOBBY L. CHRISTINE
> UNITED STATES ATTORNEY
>
> ***s/Tara M. Lyons***
> Tara M. Lyons
> Assistant United States Attorney
> South Carolina Bar No. 16573