# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR420-045 |
| | ) | |
| SHARON ELIZABETH KEEGAN, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Defendant Sharon Keegan is indicted on one count of production of child pornography, in violation of 18 U.S.C. § 2251(a), one count of distribution of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2), (b), and one count of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). Doc. 1 (Indictment). The Court recently granted the Government's motion for a hearing on several scheduling and procedural matters. *See* doc. 88 (motion); doc. 94 (setting hearing for March 29, 2021). On March 22, 2021, defendant Keegan filed a motion, pursuant to 18 U.S.C. § 3142(i), seeking a temporary release to facilitate psychological testing relevant to her defense. *See* doc. 97.

The Government is entitled to fourteen days to file its response to that motion. *See* S.D. Ga. L. Crim. R. 12.1 ("Unless otherwise ordered

responses to motions shall be filed within fourteen (14) days after service of the motion.).  However, given the circumstances of the case as well as the pending motions, the Government is **DIRECTED** to file a notice indicating whether it will either: (1) file its response to the temporary-release motion by no later than 5:00 p.m., March 26, 2021, or (2) seek to continue the hearing, pending the current April 5, 2021 deadline for its response to the temporary-release motion.  The Government is **DIRECTED** to file that notice no later than 5:00 p.m. March 24, 2021.

**SO ORDERED,** this 23rd day of March, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA