# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR420-45 |
| | ) | |
| JOHN KEEGAN, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Assistant United States Attorney Tara Lyons has requested "protection" in this case while she is "engaged in personal vacation." Doc. 142. The Court construes her request as one for a leave of absence, which may be granted as a matter of course. *See* S.D. Ga. L. Civ. R. 83.9; S.D. Ga. L. Crim. R. 1.1. For that reason, Ms. Lyons' request is **GRANTED**. Doc. 142. She is excused from appearing in this case from April 4, 2022 through and including April 8, 2022. However, her leave of absence shall not prevent this case from going forward. Another Assistant United States Attorney may substitute for Ms. Lyons during her leave.

**SO ORDERED**, this 8th day of February, 2022.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2