# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CASE NO: **4:20-CR-0045** |
| ) | |
| SHARON ELIZABETH KEEGAN, et al ) | |

## ORDER

Based upon the motion of the Defendant, Sharon Elizabeth Keegan's co-counsel, Dwight T. Feemster and for good cause shown therein, the Defendant Sharon Keegan's co-counsel, Dwight T. Feemster's, motion for leave of absence is GRANTED for the following dates:

- May 9, 2022 through and including May 13, 2022
- June 2, 2022 through and including June 10, 2022
- June 14, 2022 through and including June 17, 2022

SO ORDERED, this 5th day of May 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA